JS 44
(Rev. 3/99)

# CIVIL COVER SHEE.

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**B-00-144**

## I. (a) PLAINTIFFS

United States of America

## DEFENDANTS

One 1999 Mercury Marquis
VIN No. 2MEFM74W9XX670551

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)

Ronald G. Morgan
U.S. Attorney 's Office
600 E. Harrison Street, #201
Brownsville, TX 78520

ATTORNEYS (IF KNOWN)

Oscar Vega
1401 West Polk Avenue
Pharr, Texas 78577

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)   AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☒ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

Appeal to District Judge from
☐ 7 Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Civil Forfeiture 18 USC 881(a)(4)

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE
September 13, 2000

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

SEP 1 3 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ONE 1999 MERCURY MARQUIS<br>VIN No. 2MEFM74W9XX670551<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO.<br><br>B - 00 - 144 |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States of America, Plaintiff, files this Verified Complaint for Forfeiture in Rem and would show as follows:

1.     This is a civil action brought pursuant to the provisions of 21 U.S.C. §881(a)(4),which provide for forfeiture of property which is used, or intended to be used to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of a controlled substance in violation of the controlled Substances Act, 21 U.S.C. § 801 et. seq.

2.     The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1345 and 1355; venue lies in the Southern District of Texas pursuant to 28 U.S.C. § 1395.

3.     The Defendant Property is a 1999 MERCURY MARQUIS, Vehicle Identification Number (VIN No.) 2MEFM74W9XX670551, which is forfeitable to the United States pursuant to the above statutes. The Defendant Property was seized on April 21, 2000, near Falfurrias, Texas from the possession of Silverio Maldonado Gonzalez.

4.     On April 21, 2000, Silverio Maldonado Gonzalez was driving the Defendant Property when he was stopped at the United States Border Patrol Checkpoint near Falfurrias, Texas. At the time of the stop, a drug dog alerted on the vehicle. An inspection of the vehicle revealed a bundle containing approximately eight kilograms of cocaine hidden in the dashboard area of the vehicle. As a result of this discovery, the Defendant Property was seized and is currently being held by the United States Marshals Service for the Drug Enforcement Administration.

5.    On June 8, 2000,  Silverio Maldonado Gonzalez pled guilty to possession with the

intent to distribute approximately eight kilograms of cocaine, which was the cocaine discovered in

the Defendant Property and seized by the Drug Enforcement Administration on April 21, 2000.

6.    Upon information and belief, the Government avers that the registered owners of the

Defendant Property are recorded as Anna Gonzalez/Maria C. Gonzalez, who, according to the

vehicle registration documents, reside at 4100 North 25th, Apt 19, McAllen, Texas, 78504.

7.    On July 28, 2000, Anna Gonzalez filed a claim and cost bond seeking return of the

Defendant Property.

8.    Upon information and belief, the Government avers that the registered owners of the

vehicle are related to the driver  Silverio Maldonado Gonzalez and that the driver Silverio

Maldonado Gonzalez was in possession of the vehicle with the knowledge and permission of the

registered owners.

9.   Based upon the information currently available to the Government, the Government

further avers that no lien currently exists on the Defendant Property.

10.    The Defendant Property was used, or intended to be used to transport, or in any

manner to facilitate the transportation, sale, receipt, possession or concealment of an illegal

controlled substance in violation of 21 U.S.C. § 801 et. seq. and is therefore subject to forfeiture to

the United States of America pursuant to 21 U.S.C. § 881(a)(4).

WHEREFORE, Plaintiff prays that:

A.    Monition issue according to the normal procedure of the Court, citing all persons

having an interest in the above described Defendant Properties, to appear on the return day of

process by filing a claim within thirty (30) days from execution of process and an answer within

twenty (20) days thereafter pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and

Maritime Claims, as modified by 18 U.S.C. § 983(a)(4)(A), or as ordered by this Court;

B.    That judgment of forfeiture be decreed against the Defendant Property;

C.    That upon final order of forfeiture the Defendant Property be disposed of by the U.S.

Marshals Service in accordance with law; and

D.    For Costs and other such and further relief to which the Plaintiff may

be entitled.

<div style="margin-left: 45%;">

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

By:

RONALD G. MORGAN
Assistant United States Attorney
Fed. Bar No. 23902
TX Bar No. 00795014
600 East Harrison, Ste. 201
Brownsville, Texas 78521
Tel :(956) 548-2554
Fax: (956) 548-2711

</div>

3

CVMPDF - www.fastio.com

## VERIFICATION

I, Russell Vickers , upon oath declare and say that:

1.  I am a Task Force Officer with the Drug Enforcement Administration, and I am one of the agents responsible for the investigation concerning this litigation.

2.  I have read the above Complaint for Forfeiture.

3.  I have furnished the information leading to the allegations contained in the Complaint for Forfeiture.

4.  Based on my investigation, the information and allegations contained in the Complaint for Forfeiture are true and correct and establish by a preponderance of the evidence proof to seize and forfeit the Defendant Properties as set forth therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _11_ Day of _September_ , 2000.

DEBRA HOHLE
MY COMMISSION EXPIRES
October 18, 2001

RUSSELL VICKERS
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me on this the _11 th_ day of _September_, 2000.

Notary Public for the State of Texas

My commission expires on _10-18-2001_ .

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above **VERIFIED COMPLAINT FOR**

**FORFEITURE** *IN REM* was sent via first-class mail, return receipt requested, to the party listed

below on this **13th** day of **September** 2000.

OSCAR VEGA
Attorney for Claimant
Law Office of Oscar Vega
1401 West Polk Avenue
Pharr, Texas 78577

Silverio Maldonado Gonzalez
Federal Prisoner
C/O San Patricio County Jail
300 North Rachal Street
Sinton, Texas 78387

Ms. Anna Gonzalez and Ms. Maria C. Gonzalez
4100 North 25th, Apt 19,
McAllen, Texas, 78504.

RONALD G. MORGAN
Assistant U.S. Attorney

5

# WARRANT OF SEIZURE AND MONITION

**UNITED STATES DISTRICT COURT**
for the
**SOUTHERN DISTRICT OF TEXAS**

**B-00-144**

## BROWNSVILLE DIVISION

### To the Marshal of the Southern District of Texas or any designated agent:

**WHEREAS,** on this day, a Complaint for Forfeiture was filed in the United States District Court for the Southern District of Texas, by MERVYN M. MOSBACKER, United States Attorney for said district, on behalf of the United States of America, against the following described property:

ONE 1999 MERCURY MARQUIS VIN No. 2MEFM74W9XX670551

and praying that all person interested in said goods, wares, and merchandise may be cited in general and special, to answer the premises; and due proceedings being had, that the said goods, wares, and merchandise may, for the causes in said Complaint mentioned, be condemned as forfeited to the use of the United States.

**YOU ARE THEREFORE HEREBY COMMANDED** to attach the said goods, wares, and merchandise, and to detain the same in your custody until further order of said Court respecting the same; and to give notice by publication in the LOCAL NEWSPAPER to all persons claiming the same, or knowing or having anything to say why the same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said Complaint, that they be and appear before this Court, at the City of Brownsville within the (30) days after giving of publication notice, if the same shall be a day of jurisdiction thereafter, then and there to interpose a claim for the same and to make their allegations in that behalf and that they shall file and serve their answers within (20) days after the filing of said claims. And what you have done in the premises, do you then and there make return thereof, together with this writ.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT: |
|---|---|
| Hilda G. Tagle | BROWNSVILLE, TEXAS |
| DATE:<br><br>9-13-00 | CLERK:<br>MICHAEL N. MILBY<br>BY DEPUTY CLERK: |

RETURNABLE ___ DAY AFTER ISSUE.

## UNITED STATES MARSHAL'S RETURN

| DISTRICT: | DATE THE WRIT WAS RECEIVED AND EXECUTED |
|---|---|
| U.S. MARSHAL: | BY DEPUTY MARSHAL: |