UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 04 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CIVIL NO. B-00-144 |
| § | |
| ONE 1999 MERCURY MARQUIS § | |
| VIN No. 2MEFM74W9XX670551 § | |

### ANSWER TO THE VERIFIED COMPLAINT FOR FORFEITURE IN REM AND DEMAND FOR JURY TRIAL

TO THE HONORABLE JUDGE, IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT TEXAS, BROWNSVILLE DIVISION:

COMES NOW **ANNA GONZALEZ**, Claimant in the above entitled cause, by and through his attorney **OSCAR VEGA**, and files this his Answer To Complaint For Forfeiture And Demand For Jury Trial and would respectfully show the Court the following:

Claimant answers the Allegations in the Complaint as follows:

1. The Allegations contained in Paragraph one of the Complaint for Forfeiture are admitted.

2. The Allegations contained in Paragraph two of the Complaint for Forfeiture are admitted.

3. The Claimant does not have sufficient knowledge of the fact's alleged to truthfully admit or deny this allegation.

4. The Claimant does not have sufficient knowledge of the fact's alleged to truthfully admit or deny this allegation.

5. The Claimant does not have sufficient knowledge of the facts alleged to truthfully admit or deny this allegation.

6. The Allegations contained in Paragraph six of the Complaint for Forfeiture are admitted.

7. The Allegations contained in Paragraph seven of the Complaint for Forfeiture are admitted.

8. The Allegations contained in Paragraph eight of the Complaint for Forfeiture are denied.

9. The Allegations contained in Paragraph nine of the Complaint for Forfeiture are admitted.

10. The Allegations contained in Paragraph ten of the Complaint for Forfeiture are denied.

In addition, Claimant raises the following numbered defenses to the governments forfeiture suit.

## FIRST DEFENSE

The Plaintiff lacks probable cause for the institution of this forfeiture suit.

## SECOND DEFENSE

The Claimant is an innocent owner and did not have any knowledge of any illegal activity that was being committed by any other person related to this case.

Claimant demands a trial by Jury of the issues and defenses raised by his claim and answer.

**WHEREFORE PREMISES CONSIDERED**, Claimant prays for all the following:

- Dismiss Plaintiff's complaint and enter judgement in behalf of the Claimant.

- Deny issuance of a certificate of probable cause pursuant to 28 U.S.C. § 2465 and award cost and attorney fees to the Claimant;

- Provide such relief as the Court deems proper and just.

Respectfully submitted,

**LAW OFFICE OF OSCAR VEGA**
1401 W. Polk Avenue
Pharr, Texas 78577
(956) 630-1970
Fax No. (956) 783-0998

BY: _____
OSCAR VEGA
FED. ID 16087

## VERIFICATION

I, ANNA GONZALEZ, declare under penalty of perjury that I am the Claimant for the in this case; I have read the foregoing Answer To Complaint For Forfeiture and Demand for Jury Trial, and upon information and belief, state that assertions therein are true.

DATED: 2 de Octubre 2000

_____
ANNA GONZALEZ

## CERTIFICATE OF SERVICE

I hereby certify that on this ___3___ Day of ___October___, 2000, a copy of the foregoing Claim was mailed, postage prepaid, to the Assistant U.S. Attorney, in charge of this case.

_____
OSCAR VEGA