UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 1 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. B-00-144 |
| | § | |
| ONE 1999 MERCURY MARQUIS | § | |
| VIN No. 2MEFM74W9XX670551 | § | |
| Defendant. | § | |

### UNOPPOSED MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE AND RELEASE

The United States of America, Plaintiff, pursuant to Rule 7 of the Federal Rules of Civil Procedure, moves this Court for entry of the attached **FINAL ORDER OF FORFEITURE AND RELEASE,** which resolves all matters before the Court in the instant case. The parties to this mater have reached a mutually agreed settlement, which disposes of all issues in the instant case and results in a full and complete settlement. Counsel for the United States has consulted with Claimant's counsel, who has authorized counsel for the United States to represent to the Court that Claimant's counsel does not oppose the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, the United States of America prays that this Court grant its motion for entry of the attached order.

Respectfully submitted,

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

By: _____
RONALD G. MORGAN
Assistant United States Attorney
Fed. Bar No. 23902
TX Bar No. 00795014
600 East Harrison Street, Ste 201
Brownsville, Texas 78521
Tel. No. (956) 548-2554
Fax No. (956) 548-2711

## CERTIFICATE OF SERVICE

I hereby certify on this the ___1st___ day of ___November___, 2000, a true and correct copy of the above **UNOPPOSED MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE AND RELEASE** was sent by first class mail to the individual listed below at the indicated address:

OSCAR VEGA
Attorney for Claimant
Law Office of Oscar Vega
1401 West Polk Avenue
Pharr, Texas 78577

_Ronald G. Morgan_
RONALD G. MORGAN
Assistant U.S. Attorney
