/ 0

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

**NOV 0 1 2000**

**Michael N. Milby**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| | § |
| | § |
| v. | § CIVIL NO. B-00-144 |
| | § |
| ONE 1999 MERCURY MARQUIS | § |
| VIN No. 2MEFM74W9XX670551 | § |
| Defendant. | § |

## SETTLEMENT AGREEMENT

The United States of America, through Mervyn M. Mosbacker, United States Attorney, and Ronald G. Morgan, Assistant United States Attorney, and ANNA MARIA GONZALEZ as Claimant, by Claimant's authorized counsel and representative, Oscar Vega, hereby enter into an agreed settlement of this action relating to the forfeiture of a 1999 MERCURY MARQUIS (Vehicle Identification Number (VIN) 2MEFM74W9XX670551) hereafter the "forfeitable property," under and in accordance with the following terms:

In exchange for the forfeiture of all rights, title and interest in the forfeitable property by Claimant, the United States agrees to return the full amount of the cost bond posted in this case in the amount of $1,625.00.

As further consideration in support of this settlement, each party agrees to dismissal of this case with prejudice as to both parties.

Each party is to bear its own attorney fees and costs incurred during the course of the action relating to the forfeitable property, to include the previous administrative action.

This settlement agreement constitutes a complete and final settlement between the parties and resolves all claims and issues relating to the Government's seizure of the forfeitable property. As such, Claimant releases and forever discharges the United States, its employees, representatives and agents, including the Drug Enforcement Administration, the U.S. Attorney's Office and the U.S. Department of Justice, from all claims and causes of action arising out of or relating to the prosecution or settlement of this action, however, this paragraph shall not act as a release or discharge of the obligations and duties imposed on the United States by this Settlement Agreement. In turn, the United States releases Claimant from all claims, including storage costs and other fees related to the storage of the forfeitable property and all other liability as to the

forfeitable property.

Further, as part of the agreed settlement in this case, Claimant stipulates that reasonable cause, as that term is set forth in 28 U.S.C. § 2465, existed to seize the forfeitable property and that claimant agrees to the entry of a certificate of reasonable cause as provided by 28 U.S.C. § 2465.

APPROVED AS TO FORM AND SUBSTANCE:

Dated: _November 1, 2000_

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

By: _____

    RONALD G. MORGAN
Assistant U.S. Attorney
600 East Harrison Street, #201
Brownsville, Texas 78521
Tel. (956)548-2554
Fax (956) 584-2711

ANNA MARIA GONZALEZ
CLAIMANT

By: _____

OSCAR VEGA
Attorney for Claimant
1401 Polk Avenue
Pharr, Texas 78577
Tel. (956)630-1970
Fax (956)0998

2