11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 3 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. B-00-144 |
| | § | |
| ONE 1999 MERCURY MARQUIS | § | |
| VIN No. 2MEFM74W9XX670551 | § | |
| Defendant. | § | |

### FINAL ORDER OF FORFEITURE AND RELEASE

Upon consideration of the "Settlement Agreement" in the above styled case entered into by and between the parties to this action on _November 1, 2000_:

IT IS HEREBY **ORDERED** that:

1. The United States Drug Enforcement Administration, or whomsoever has custody, control or possession of the cost bond posted in this case in the amount of $1,625.00, shall immediately and without delay release the full amount of the bond to Claimant or to whomsoever Claimant designates.

2. Claimant shall forfeit, and does hereby forfeit, to the United States of America any and all title and interest in the 1999 MERCURY MARQUIS (VIN No. 2MEFM74W9XX670551);

3. Each party shall bear its own attorney fees and costs incurred during the course of the action relating to the forfeitable property, to include the previous administrative action;

4. The United States Marshals Service is directed to dispose of all of the property in accordance with this order and law.

5. Based upon Claimant's stipulation that reasonable cause, as that term is set forth in 28 U.S.C. § 2465, existed to seize the forfeitable property, the Court finds that reasonable cause, under 18 U.S.C. § 981 and 28 U.S.C. § 2465, existed for seizure of the 1999 MERCURY

MARQUIS (VIN No. 2MEFM74W9XX670551).

6. Based upon the agreement of the parties, as reflected in and in accordance with the terms contained in the "Agreed Settlement" entered into by the parties on _November 1, 2000_, the Court orders that this matter be dismissed with prejudice as to both parties.

ORDERED and SIGNED this _3rd_ day of _November_, 2000, at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

2